IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MERCH TRAFFIC, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>260 HIGH END CASE STORE, et al.,<br><br>　　　　Defendants. | Case No. 23-cv-02718<br><br>**Judge LaShonda A. Hunt**<br><br>**Magistrate Judge Jeffrey Cummings** |

### NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Merch Traffic, LLC ("Plaintiff") hereby dismisses this action, with leave to reinstate within two hundred and seventy (270) days, as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| We returned at dusk | 118 |

Dated this 20th day of July 2023.　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Kahlia R. Halpern
　　　　　　　　　　　　　　　　　　Amy C. Ziegler
　　　　　　　　　　　　　　　　　　Justin R. Gaudio
　　　　　　　　　　　　　　　　　　Kahlia R. Halpern
　　　　　　　　　　　　　　　　　　Berel Y. Lakovitsky
　　　　　　　　　　　　　　　　　　Greer, Burns & Crain, Ltd.
　　　　　　　　　　　　　　　　　　300 South Wacker Drive, Suite 2500
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　312.360.0080 / 312.360.9315 (facsimile)
　　　　　　　　　　　　　　　　　　aziegler@gbc.law
　　　　　　　　　　　　　　　　　　jgaudio@gbc.law
　　　　　　　　　　　　　　　　　　khalpern@gbc.law
　　　　　　　　　　　　　　　　　　blakovitsky@gbc.law

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Merch Traffic, LLC*